# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                    Plaintiff,<br><br>    vs.<br><br>POWUR, PBC, et al.,<br><br>                    Defendants. | CASE NO. 18cv2843-LAB (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 17]** |

The parties' joint motion to dismiss this case in its entirety is **GRANTED**. Dkt 17. Ewing's claims against the Defendants are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. All other pending motions are **DENIED AS MOOT** and all hearing dates are **VACATED**. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: February 19, 2019

_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -